# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELYNA THUMAN-SILVA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN WOOD FIBERS, INC.,<br><br>Defendant. | Case No. 1:23-cv-00693-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 13). |

On March 22, 2024, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear their own attorney fees and costs. (ECF No. 13). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 25, 2024**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1